**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**Atlanta Division**

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, and UNITEDHEALTHCARE OF GEORGIA, INC., | |
| Plaintiffs, <br> v. | Case No. 1:23-cv-00228-TCB |
| DL INVESTMENT HOLDINGS, LLC f/k/a DURALL CAPITAL HOLDINGS, LLC, | |
| Defendant, | |

## JOINT MOTION TO VACATE THE DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT AND FOR ENTRY OF CONSENT JUDGMENT

Plaintiffs, UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, and UNITEDHEALTHCARE OF GEORGIA, INC. ("**Plaintiffs**"), and Defendant, DL INVESTMENT HOLDINGS, LLC f/k/a DURALL CAPITAL HOLDINGS, LLC ("**Defendant**"), by and through the undersigned counsel, hereby move for an order vacating Defendant's deadline to respond to respond to the Complaint and for entry of a Consent Judgement, and entering the stating as follows:

1

1. On January 17, 2023, Plaintiffs filed this action.

2. Thereafter, Defendant requested an extension to respond to the Complaint, and this Court did enter an Agreed Order on Defendant's Unopposed Motion for Extension of Time to File Response to Complaint granting Defendant an extension up and until April 14, 2023 [D.E. 23].

3. The parties have since agreed to fully resolve the claims in this action upon the terms stated in a Consent Judgment, to be filed upon separate cover.

4. Therefore, the parties jointly request that this Court vacate the deadline for Defendant to file an Answer, as set forth in the Agreed Order on Defendant's Unopposed Motion for Extension of Time to File Response to Complaint [D.E. 23] and enter the proposed Consent Judgment.

**WHEREFORE** Plaintiffs, UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, and UNITEDHEALTHCARE OF GEORGIA, INC., and Defendant, DL INVESTMENT HOLDINGS, LLC f/k/a DURALL CAPITAL HOLDINGS, LLC, respectfully requests that this Honorable Court grant this Motion, together with such other relief it deems just and proper.

Respectfully submitted April 13, 2023.

_/s/ Benjamin D. Van Horn_                    _/s/ David Di Pietro_

2

**SINTON, SCOTT,**
**MINOCK & KEREW**
Scott P. Kerew
Georgia Bar 416629
skerew@ssmklaw.com
Adam J. Sinton
Georgia Bar 235458
asinton@ssmklaw.com
Benjamin D. Van Horn
Georgia Bar 356482
bvanhorn@ssmklaw.com

3438 Peachtree Road NE,
Ste 925
Atlanta, Georgia 30326
(470) 323-0003

*Counsel for Plaintiffs*

DAVID DI PIETRO, ESQ.
Florida Bar No.: 10370
david@ddpalaw.com
LISANDRA ESTEVEZ, ESQ.
Florida Bar No.: 111475
lisandra@ddpalaw.com

**DI PIETRO PARTNERS  LLP**
901 Las Olas Blvd., Suite 202
Fort Lauderdale, FL 33301
Primary Service Email:
service@ddpalaw.com
Secondary Service Email:
paralegal2@ddpalaw.com
Telephone: (954) 712-3070
Facsimile: (954) 337-382

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 13, 2023, the foregoing was filed with the Court using CM/ECF, which will serve all parties of record.

*/s/David Di Pietro*
David Di Pietro