5

## **ORDER**

Upon review of the information contained in the JOINT MOTION TO VACATE THE DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT AND FOR ENTRY OF CONSENT JUDGMENT filed by the parties, the Court orders that Agreed Order on Defendant's Unopposed Motion for Extension of Time to File Response to Complaint [D.E. 23] be hereby vacated and that the Consent Judgement be filed under separate cover.

IT IS SO ORDERED this _____ day of _____, 2023.


_____
Timothy C. Batten, Sr.
UNITED STATES DISTRICT JUDGE

5