# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### Atlanta Division

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., UNITEDHEALTHCARE INSURANCE COMPANY, and UNITEDHEALTHCARE OF GEORGIA, INC.<br><br>      Plaintiffs,<br>v.<br><br>DL INVESTMENT HOLDINGS, LLC f/k/a DURALL CAPITAL HOLDINGS, LLC,<br><br>      Defendant, | Case No. 1:23-cv-00228-TCB |

## NOTICE OF FILING OF PROPOSED CONSENT JUDGMENT

In accordance with the Parties' Joint Motion to Vacate the Deadline for Defendant to Respond to the Complaint and for Entry of Consent Judgment (Doc. 24)—and based on their agreement to fully resolve UHC's claim for breach of contract (*see* Compl., Doc. 1) upon the terms stated in the attached Consent Judgment—UHC hereby files a copy of the Parties' proposed Consent Judgment for the Court's review. UHC will also provide the Court with a Microsoft Word version of the same.

1

*/s/ Benjamin D. Van Horn*

**SINTON, SCOTT, MINOCK & KEREW**
Scott P. Kerew
Georgia Bar 416629
skerew@ssmklaw.com
Adam J. Sinton
Georgia Bar 235458
asinton@ssmklaw.com
Benjamin D. Van Horn
Georgia Bar 356482
bvanhorn@ssmklaw.com

3438 Peachtree Road NE, Ste 925
Atlanta, Georgia 30326
(470) 323-0003

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that, on April 13, 2023, the foregoing was filed with the Court using CM/ECF, which will serve all parties of record.

*/s/Benjamin D. Van Horn*
Benjamin D. Van Horn
